IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00696-RPM-CBS

ROBERT & CATHERINE SMITH,

      Plaintiffs,

v.

BC SERVICES, INC.,

      Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation to Dismiss Pursuant to Settlement [27], it is

ORDERED that this action is dismissed with prejudice and without fees or costs to either

party.

DATED:   September 26th,  2012

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge